**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMR GROUP, INC., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SOLAR MILLENNIUM, LLC,<br><br>       Defendant.<br>_____/ | No. C11-1521 EMC<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE, ETC.** |

Defendant's Application for Relief from Case Management Schedule, etc. is denied. The hearing on Defendant's Motion to Dismiss (Docket #72) shall be heard together with the CMC on **Friday, July 15, 2011 at 1:30 p.m. in Courtroom 8, 19th Floor**. The parties must meet and confer and inter alia agree on a discovery plan does not imply necessarily commit the parties to commence full scale discovery prior to the Court's ruling on the Motion to Dismiss. As part of the CMC process, the parties are to meet and confer and discuss discovery, timing, etc. nor does the pendency of a motion to dismiss automatically stay disclosure obligations under Rule 26.

    IT IS SO ORDERED.

Dated: June 7, 2011

                                                            _____
                                                            EDWARD M. CHEN
                                                            United States District Judge