1  Jerry L. Marks (SBN 135395)
   Email: jmarks@milbank.com
2  Delilah Vinzon (SBN 222681)
   Email: dvinzon@milbank.com
3  MILBANK, TWEED, HADLEY & McCLOY LLP
4  601 S. Figueroa Street, 30th Floor
   Los Angeles, California  90017
5  Telephone:  (213) 892-4000
   Facsimile:   (213) 629-5063
6
7  David R. Gelfand (*admitted pro hac vice*)
   Email: dgelfand@milbank.com
8  Rachel Penski Fissell (*admitted pro hac vice*)
   Email: rfissell@milbank.com
9  MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
10 New York, NY 10005
11 Telephone:  (212) 530-5000
   Facsimile:   (212) 822-5661
12 *Attorneys for Defendant Solar Millennium LLC*

13 Rodi F. Rispone (SBN 169062)
   Email: RRISPONE@MMRGRP.COM
14 15961 Airline Highway
   Baton Rouge, Louisiana 70817
15 Telephone: (225) 756-5090
16 Facsimile (225) 753-7012
   *Attorney for Plaintiffs MMR Group, Inc.,*
17 *MMR Power Solutions, LLC, and Southwestern Power*
   *Group II, LLC*
18

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21

| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC, AND SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLAR MILLENNIUM, LLC,<br><br>Defendant. | CASE NO. 3:11-cv-01521-EMC<br><br>**STIPULATION AND PROP~~OSE~~D ORDER REQUESTING THAT THE DATE OF THE MOTION TO DISMISS HEARING AND THE CASE MANAGEMENT CONFERENCE BE MOVED FROM JULY 15, 2011 TO JULY 22, 2011**<br><br>*Declaration of Rachel Penski Fissell filed concurrently herewith* |
|---|---|

**STIPULATION**

This stipulation is entered into by and between Defendant Solar Millennium, LLC ("Defendant" or "SM"), and Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC, and Southwestern Power Group, II LLC ("Plaintiffs").

WHEREAS, this Court scheduled for July 15, 2011 (the "Hearing Date"): (i) a hearing on Defendant SM's Motion to Dismiss the Petition and (ii) the Case Management Conference (Docket No. 78);

WHEREAS, David R. Gelfand, lead counsel for SM, will be unavailable on July 15, 2011 due to other commitments; and

WHEREAS, to accommodate SM's counsel's schedule, counsel for Plaintiffs has consented to a one-week extension of the Hearing Date; and

WHEREAS, this is the first request for an adjournment of the Hearing Date;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE to a one-week extension of the Hearing Date and request that the Court reschedule the Hearing Date, currently set for July 15, 2011 at 1:30 pm, to July 22, 2011 at 1:30 pm.

Dated June 22, 2011

By: /s/_____
Jerry L. Marks (SBN 135395)
Delilah Vinzon (SBN 222681)
601 S. Figueroa Street, 30th Floor
Los Angeles, California  90017
Telephone:  (213) 892-4000
Facsimile:   (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Rachel Penski Fissell (*admitted pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 822-5661

*Attorneys for Defendant Solar Millennium, LLC*

By: /s/_____
Rodi F. Rispone
Email: RRISPONE@MMRGRP.COM
15961 Airline Highway
Baton Rouge, Louisiana 70817
Telephone: (225) 756-5090

**STIPULATION**

| | |
|---|---|
| 1 | Facsimile (225) 753-7012 |
| 2 | *Attorney for Plaintiffs MMR Group, Inc.,* |
|   | *MMR Power Solutions, LLC, and Southwestern* |
| 3 | *Power* |
|   | *Group II, LLC* |

### **ORDER**

The parties' stipulation having been presented by and through their counsel of record and duly received and considered by the Court, and good cause appearing therefore;

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendant's Motion to Dismiss and the Case Management Conference, currently scheduled for July 15, 2011, in *MMR Group, Inc., et al. v. Solar Millennium, LLC*, Case No. 3:11-cv-01521-EMC, is adjourned to July 22, 2011.

Dated: 6/23/11



Honorable
United States
for the Northern

IT IS SO ORDERED
Judge Edward M. Chen