Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendant Solar Millennium LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC, AND SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLAR MILLENNIUM, LLC,<br><br>Defendant. | CASE NO. 3:11-cv-01521-EMC<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel of record on behalf of Defendant Solar Millennium, LLC and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Solar Millennium, LLC:

NOTICE OF APPEARANCE

Aaron Renenger (SBN 222675)
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W.
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7505
Email: arenenger@milbank.com

Mr. Renenger is admitted to practice and in good standing in the State of California and was admitted to practice in the United States District Court for the Northern District of California on April 12, 2011.

Dated July 8, 2011     MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/
    Aaron Renenger (SBN 222675)

*Attorneys for Defendant Solar Millennium, LLC*