1  Rodi Frank Rispone (CA Bar No. 169062)
   Attorney at Law
2  15961 Airline highway
   Baton Rouge, LA 70817
3  Tel.:  225-756-5090
4  Fax:  225-753-7012
   Email: rrispone@mmrgrp.com
5

6  Bennett J. Lee (CA Bar No. 230482)
   Nicholas A. Merrell (CA Bar No. 240795)
7  Regina A. Verducci (CA Bar No. 264996)
   WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8  333 Bush Street, Suite 1500
   San Francisco, CA 94104
9  Tel:  415-623-7000
10 Fax:  415-623-7001
   Email:  blee@wthf.com; nmerrell@wthf.com; rveducc@wthf.com
11

12 Attorneys for Plaintiffs
   MMR GROUP, INC.,
13 MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
   POWER GROUP II, LLC

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18 | MMR GROUP, INC.,                    | Case No.  3:11-cv-01521-EMC
19 | MMR POWER SOLUTIONS, LLC and
   | SOUTHWESTERN POWER GROUP II, LLC,
20 |                                     | **ASSOCIATION OF COUNSEL**
   |            Plaintiffs,
21 |
   |       vs.
22 |
   | SOLAR MILLENNIUM, LLC,
23 |
   |            Defendant.

24
25
26
27
28

1  Rodi F. Rispone, counsel of record for Plaintiffs MMR GROUP, INC., MMR POWER
2  SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively "MMR"),
3  hereby associates the law firm of Watt, Tieder, Hoffar & Fitzgerald, LLP, as co-counsel for MMR
4  in the above-entitled matter.

5  The office address and telephone number of such associated counsel are: 333 Bush Street,
6  Suite 1500, San Francisco, California 94104; Telephone: (415) 623-7000.

Dated: July 11, 2011            **RODI F. RISPONE**

                                By: /s/ Rodi F. Rispone
                                Attorney for Plaintiffs
                                MMR GROUP, INC.,
                                MMR POWER SOLUTIONS, LLC and
                                SOUTHWESTERN POWER GROUP II,
                                LLC

Watt, Tieder, Hoffar & Fitzgerald, LLP hereby accepts the above association.

Dated: July 11, 2011            **WATT, TIEDER, HOFFAR**
                                **& FITZGERALD, LLP**

                                By: /s/ Bennett J. Lee
                                Bennett J. Lee
                                Nicholas A. Merrell
                                Regina A. Verducci
                                Attorneys for Plaintiffs
                                MMR GROUP, INC.,
                                MMR POWER SOLUTIONS, LLC and
                                SOUTHWESTERN POWER GROUP II,
                                LLC

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 1 -

ASSOCIATION OF COUNSEL