Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
Email: blee@wthf.com; nmerrell@wthf.com; rveducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> SOLAR MILLENNIUM, LLC, <br><br> Defendant. | Case No. 3:11-cv-01521-EMC <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION** <br><br> **Current Hearing Information** <br> Date: July 22, 2011 <br> Time: 1:30 p.m. <br> Ctrm: 5 <br><br> **The Honorable Judge Edward M. Chen** |

1 **ORDER**

2 Pursuant to a stipulation of the parties and good cause being shown, IT IS HEREBY
3 ORDERED that Plaintiff's Renewed Notice of Motion to Convert Motion to Dismiss to Motion
4 for Summary Judgment, Defendant's Renewed Motion to Dismiss and the CMC shall be heard
5 together on:
6     Friday, 9/9 2011 at 1:30 a.m. / p.m. in Courtroom 5, 17th
7 Floor. A joint CMC statement shall be filed by 9/2/11.

12 Dated: 7/15, 2011 _____
13     Honorable Ju[dge]
    United States [District Court, Northern Distric]t of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 1 -

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION