Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline highway
Baton Rouge, LA 70817
Tel.:  225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel:  415-623-7000
Fax:  415-623-7001
Email:  blee@wthf.com; nmerrell@wthf.com; rveducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SOLAR MILLENNIUM, LLC,<br><br>　　　　　　　Defendant. | Case No.  3:11-cv-01521-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION**<br><br>**Current Hearing Information**<br>Date:　　July 22, 2011<br>Time:　　1:30 p.m.<br>Ctrm:　　5<br><br>**The Honorable Judge**<br>**Edward M. Chen** |

1

**ORDER**

Pursuant to a stipulation of the parties and good cause being shown, IT IS HEREBY ORDERED that Plaintiff's Renewed Notice of Motion to Convert Motion to Dismiss to Motion for Summary Judgment, Defendant's Renewed Motion to Dismiss and the CMC shall be heard together on:

_____Friday_____, ____9/9____ 2011 at ____1:30____ a.m. / p.m. in Courtroom 5, 17th Floor.   A joint CMC statement shall be filed by 9/2/11.

Dated: ___7/15___, 2011        _____
                                Honorable Judge
                                United States District Court, Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 1 -

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION