Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendant Solar Millennium LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC, AND SOUTHWESTERN POWER GROUP II, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>STA Development, LLC,<br><br>    Defendant. | CASE NO. 3:11-cv-01521-EMC<br><br>**NOTICE OF NAME CHANGE**<br> ORDER |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Solar Millennium, LLC recently changed its name to STA Development, LLC ("STAD"). STAD respectfully requests to be hereinafter referred to in this action as STA Development, LLC and requests that the clerk reflect this change where appropriate including on ECF.

NOTICE OF APPEARANCE

| | |
|---|---|
| Dated July 14, 2011 | MILBANK, TWEED, HADLEY & McCLOY LLP |

By: /s/ Aaron Renenger
Jerry L. Marks (SBN 135395)
Aaron Renenger (SBN 222675)
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (admitted pro hac vice)
Rachel Penski Fissell (admitted pro hac vice)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendant STA Development, LLC (f/k/a Solar Millennium, LLC)*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA