1  Jerry L. Marks (SBN 135395)
   Email: jmarks@milbank.com
2  Aaron Renenger (SBN 222675)
   Email: arenenger@milbank.com
3  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California 90017
5  Telephone: (213) 892-4000
   Facsimile: (213) 629-5063
6
7  David R. Gelfand (*admitted pro hac vice*)
   Email: dgelfand@milbank.com
8  Rachel Penski Fissell (*admitted pro hac vice*)
   Email: rfissell@milbank.com
9  MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
10 New York, NY 10005
11 Telephone: (212) 530-5000
   Facsimile: (212) 822-5661
12
   *Attorneys for Defendant Solar Millennium LLC*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC, AND SOUTHWESTERN POWER GROUP II, LLC, | CASE NO. 3:11-cv-01521-EMC |
| Plaintiffs, | **NOTICE OF NAME CHANGE ORDER** |
| vs. | |
| STA Development, LLC, | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   PLEASE TAKE NOTICE that Defendant Solar Millennium, LLC recently changed its name to STA Development, LLC ("STAD"). STAD respectfully requests to be hereinafter referred to in this action as STA Development, LLC and requests that the clerk reflect this change where appropriate including on ECF.

NOTICE OF APPEARANCE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated July 14, 2011 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 3 | | By: /s/ Aaron Renenger |
| | | Jerry L. Marks (SBN 135395) |
| 4 | | Aaron Renenger (SBN 222675) |
| | | 601 S. Figueroa Street, 30th Floor |
| 5 | | Los Angeles, California 90017 |
| | | Telephone: (213) 892-4000 |
| 6 | | Facsimile: (213) 629-5063 |

David R. Gelfand (admitted pro hac vice)
Rachel Penski Fissell (admitted pro hac vice)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendant STA Development, LLC (f/k/a Solar Millennium, LLC)*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

-2-
NOTICE OF APPEARANCE