Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
SOUTHWESTERN POWER GROUP II, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.; MMR POWER SOLUTIONS, LLC; and SOUTHWESTERN POWER GROUP II, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> STA DEVELOPMENT, LLC f/k/a SOLAR MILLENNIUM, LLC, a California limited liability company; SOLAR TRUST OF AMERICA, LLC, a Delaware limited liability company; SOLAR MILLENNIUM AG, a foreign corporation; SOLAR MILLENNIUM, INC., a Delaware corporation; CA I-10 SOLAR, LLC, a California limited liability company; PALO VERDE SOLAR I, LLC, a Delaware limited liability company; PALO VERDE SOLAR II, LLC, a Delaware limited liability company; BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, a Delaware limited liability company; | Case No. 3:11-cv-01521-EMC <br><br> **DECLARATION OF NICHOLAS A. MERRELL IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> **The Honorable Edward M. Chen** <br><br> DATE:  October 7, 2011 <br> TIME:    1:30 p.m. <br> COURTROOM NO. 5 |

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

DECLARATION OF NICHOLAS A. MERRELL ISO MOTION FOR LEAVE TO AMEND COMPLAINT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, a Delaware limited liability company;<br>BLYTHE SOLAR POWER PROJECT UNIT 3, LLC, a Delaware limited liability company; and<br>BLYTHE SOLAR POWER PROJECT UNIT 4, LLC, a Delaware limited liability company.<br><br>    Defendants. |

I, Nicholas A. Merrell, declare:

1. As an associate with the law firm Watt, Tieder, Hoffar & Fitzgerald, L.L.P., I represent Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC (collectively "MMR") in this lawsuit.

2. I make this declaration from personal knowledge, and if called to testify before this Court, I would and could competently testify.

3. A true and correct copy of MMR's proposed First Amended Complaint is attached hereto as Exhibit "A."

4. The documents attached below are documents or information I personally found by searching the internet.

5. Attached hereto as Exhibit "B" is a true and correct copy of a July 8, 2010 resolution of the California Public Utilities Commission, which evidences a power purchase agreement between Southern California Edison and CA I-10 Solar, LLC.

6. Attached hereto as Exhibit "C" is a true and correct copy of a July 8, 2010 report from the California Independent System Operator Corporation ("CAISO") regarding a power purchase agreement with Southern California Edison, Solar Millennium, LLC and Chevron Energy Solutions Company.

7. Attached hereto as Exhibit "D" is a true and correct copy of a Limited Liability Company Certificate of Amendment from the California Secretary of State evidencing that Solar Millennium, LLC changed its name to STA Development, LLC on June 22, 2011.

8. Attached hereto as Exhibit "E" is a true and correct copy of pertinent portions of a CAISO application to the Federal Energy Regulatory Commission dated December 8, 2010.

9. Attached hereto as Exhibit "F" is a true and correct copy of a print-out from the

Solar Trust of America, LLC website indicating that Uwe Schmidt holds executive positions in both Solar Trust of America, LLC and STA Development, LLC f/k/a Solar Millennium, LLC.

10. Attached hereto as Exhibit "G" is a true and correct copy of a print-out from the Solar Trust of America, LLC website indicating that Solar Trust of America's address is 1111 Broadway, 5th Floor, Oakland, CA 94607.

11. Attached hereto as Exhibit "H" is a true and correct copy of a print-out from the California Secretary of State website for STA Development, LLC.

12. Attached hereto as Exhibit "I" is a true and correct copy of print-outs from the California Secretary of State website for Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC.

13. Attached hereto as Exhibit "J" is a true and correct copy of print-outs from the California Secretary of State website for Palo Verde Solar I, LLC and Palo Verde Solar II, LLC.

14. The parties have not met and conferred pursuant to Rule 26 of the Federal Rules of Civil Procedure.

15. No discovery has been propounded or otherwise conducted.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 29, 2011

*Nicholas A. Merrell*
Nicholas A. Merrell