Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
SOUTHWESTERN POWER GROUP II, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.; MMR POWER SOLUTIONS, LLC; and SOUTHWESTERN POWER GROUP II, LLC, <br><br>Plaintiffs, <br><br>vs. <br><br>STA DEVELOPMENT, LLC f/k/a SOLAR MILLENNIUM, LLC, a California limited liability company; SOLAR TRUST OF AMERICA, LLC, a Delaware limited liability company; SOLAR MILLENNIUM AG, a foreign corporation; SOLAR MILLENNIUM, INC., a Delaware corporation; CA I-10 SOLAR, LLC, a California limited liability company; PALO VERDE SOLAR I, LLC, a Delaware limited liability company; PALO VERDE SOLAR II, LLC, a Delaware limited liability company; BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, a Delaware limited liability company; | Case No.  3:11-cv-01521-EMC <br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br>**The Honorable Edward M. Chen** <br><br>DATE:   October 7, 2011 <br>TIME:    1:30 p.m. <br>COURTROOM NO. 5 |

BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, a Delaware limited liability company; BLYTHE SOLAR POWER PROJECT UNIT 3, LLC, a Delaware limited liability company; and BLYTHE SOLAR POWER PROJECT UNIT 4, LLC, a Delaware limited liability company.

Defendants.

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC (collectively "MMR") respectfully request that the Court take judicial notice of the following facts in support of MMR's Motion for Leave to Amend Complaint:

1. On January 19, 2010, MMR filed its Petition against Solar Millennium, LLC in the 19th Judicial District Court for the State of Louisiana, Parish of East Baton Rouge.

2. This lawsuit was ordered removed to federal court on February 5, 2010 and was transferred to the Northern District of California on March 22, 2011.

3. STA filed a motion to dismiss, which is scheduled to be heard on September 8, 2011 along with a case management conference.

4. STA has not filed an answer and no trial date is set.

Dated: August 29, 2011

WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.


By: /s/ Nicholas A. Merrell
Bennett J. Lee
Nicholas A. Merrell
Attorneys for Plaintiffs MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and
SOUTHWESTERN POWER GROUP II, LLC