Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
SOUTHWESTERN POWER GROUP II, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.;<br>MMR POWER SOLUTIONS, LLC; and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STA DEVELOPMENT, LLC f/k/a SOLAR MILLENNIUM, LLC, a California limited liability company; SOLAR TRUST OF AMERICA, LLC, a Delaware limited liability company; SOLAR MILLENNIUM AG, a foreign corporation; SOLAR MILLENNIUM, INC., a Delaware corporation; CA I-10 SOLAR, LLC, a California limited liability company; PALO VERDE SOLAR I, LLC, a Delaware limited liability company; PALO VERDE SOLAR II, LLC, a Delaware limited liability company; BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, a Delaware limited liability company; | Case No.  3:11-cv-01521-EMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**The Honorable Edward M. Chen**<br><br>DATE:   October 7, 2011<br>TIME:    1:30 p.m.<br>COURTROOM NO. 5 |

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, a Delaware limited liability company; BLYTHE SOLAR POWER PROJECT UNIT 3, LLC, a Delaware limited liability company; and BLYTHE SOLAR POWER PROJECT UNIT 4, LLC, a Delaware limited liability company.

Defendants.

Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC (collectively "MMR") filed a motion for leave to file and serve a First Amended Complaint in this lawsuit.

## FINDINGS ON MOTION

Having considered the papers, and any argument as the Court deems necessary, the Court hereby finds as follows:

1. The proposed amendment is permissible pursuant to Rule 15 of the Federal Rules of Civil Procedure.

2. It is in the interests of justice for the Court to permit MMR to file its proposed First Amended Complaint.

## ORDER

Based on the above findings, the Court hereby orders:

1. Within 10 days of entry of this Order, MMR may file its proposed First Amended Complaint, which is attached as Exhibit "A" to the Declaration of Nicholas A. Merrell in Support of Plaintiffs' Motion for Leave to Amend Complaint.

**IT IS SO ORDERED.**

Dated: _____       _____
                                      UNITED STATES DISTRICT JUDGE