Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>SOLAR MILLENNIUM, LLC,<br><br>　　　　　Defendant. | Case No.  3:11-cv-01521-EMC<br><br>[~~PROPOS~~ED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION<br><br>**Current Hearing Information**<br>Date:　　September 8, 2011<br>Time:　　10:00 a.m.<br>Ctrm:　　5<br><br>**The Honorable Judge Edward M. Chen** |

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION

# ORDER

Pursuant to a stipulation of the parties and good cause being shown, IT IS HEREBY ORDERED that Plaintiffs' Renewed Notice of Motion to Convert Motion to Dismiss to Motion for Summary Judgment, Defendant's Renewed Motion to Dismiss, Plaintiffs' Motion for Leave to Amend Complaint and the CMC shall be heard together on:

_Friday_, _10/21_ 2011 at _1:30_ a.m. / p.m. in Courtroom 5, 17th Floor.

Any opposition to Plaintiffs' Motion for Leave to Amend Complaint shall be due _9/26_, 2011 and any reply shall be due _10/3_, 2011.

The Case Management Conference is also reset from 9/8/11 to 10/21/11 at 1:30 p.m. A joint cmc statement shall be filed by 10/14/11.

Dated: _9/2_, 2011

IT IS SO ORDERED AS MODIFIED

Honorable Judge Edward M. Chen
United States District Court, Northern District of California

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 1 -

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION