Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLAR MILLENNIUM, LLC,<br><br>Defendant. | Case No. 3:11-cv-01521-EMC<br><br>[~~PROPOS~~ED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION<br><br>**Current Hearing Information**<br>Date: September 8, 2011<br>Time: 10:00 a.m.<br>Ctrm: 5<br><br>**The Honorable Judge Edward M. Chen** |

1 **ORDER**

2 Pursuant to a stipulation of the parties and good cause being shown, IT IS HEREBY
3 ORDERED that Plaintiffs' Renewed Notice of Motion to Convert Motion to Dismiss to Motion
4 for Summary Judgment, Defendant's Renewed Motion to Dismiss, Plaintiffs' Motion for Leave
5 to Amend Complaint and the CMC shall be heard together on:

6 _Friday_, _10/21_ 2011 at _1:30_ ~~a.m.~~ / p.m. in Courtroom 5, 17th
7 Floor.

8 Any opposition to Plaintiffs' Motion for Leave to Amend Complaint shall be due
9 _9/26_, 2011 and any reply shall be due _10/3_, 2011.

10 The Case Management Conference is also reset from 9/8/11 to 10/21/11 at 1:30 p.m. A joint cmc statement shall be filed by 10/14/11.

15 Dated: _9/2_, 2011

**IT IS SO ORDERED AS MODIFIED**

Judge Edward M. Chen

Honorable [Judge Edward M. Chen]
United States District Judge, Northern District of California

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 1 -

[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARINGS PURSUANT TO STIPULATION