Patrick A. Bruno (LA Bar No. 31074)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
pbruno@mmrgrp.com
*(Applicant)*

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

RECEIVED
SEP - 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.;<br>MMR POWER SOLUTIONS, LLC; and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>           Plaintiffs,<br><br>    vs.<br><br>STA DEVELOPMENT, LLC f/k/a SOLAR MILLENNIUM, LLC, a California limited liability company.<br><br>           Defendant. | Case No. 3:11-cv-01521-EMC<br><br>(proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Patrick A. Bruno, whose business address and telephone number is:

    15961 Airline Highway
    Baton Rouge, LA 70817
    Tel.: 225-756-5090
    Fax: 225-753-7012
    Email: pbruno@mmrgrp.com

and who is an active member in good standing of the bar of State of Louisiana having applied in

1 | the above-entitled action for admission to practice in the United States District Court for the
2 | Northern District of California on a pro hac vice basis, representing MMR GROUP, INC.,
3 | MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC.
4 |     IT IS HEREBY ORDERED THAT the applicant is granted, subject to the terms and
5 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6 | *vice*. Service of papers upon and communication with co-counsel designated in the application
7 | will constitute notice to the party. All future filings in this action are subject to the requirements
8 | contained in General Order No. 45. *Electronic Case Filing*.

Dated: 9/13/11

The Honorable Judge Edward M. Chen

(proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*