Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline Highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
blee@wthf.com
nmerrell@wthf.com
rverducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and
SOUTHWESTERN POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC),<br><br>Defendant. | Case No. 3:11-cv-01521-EMC<br><br>**STIPULATION TO GRANT LEAVE TO AMEND AND [P~~ROPO~~SED] ORDER**<br><br>**Current Hearing Information**<br>Date: October 21, 2011<br>Time: 1:30 p.m.<br>Ctrm: 5<br><br>**The Honorable Judge Edward M. Chen** |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively "MMR") and Defendant STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC ("STAD") have reached a stipulation regarding the motions set for hearing on October 21, 2011, and therefore respectfully request that the Court vacate all pending hearings and enter the following proposed order.

APPROVED AND AGREED TO BY COUNSEL:

Dated: September 26, 2011    **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By:  /s/ Bennett J. Lee
Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone:  415-623-7000
Facsimile:  415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

Dated: September 26, 2011    **MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/   David R. Gelfand
Jerry L. Marks (SBN 135395)
Aaron Renenger (SBN 222675)
Delilah Vinzon (SBN 222681)
601 S. Figueroa Street, 30th Floor
Los Angeles, California  90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Rachel Penski Fissell (*admitted pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 822-5661

*Attorneys for Defendant STA Development, LLC (f/k/a Solar Millennium, LLC)*

## [PROPOSED] ORDER

Pursuant to the above stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. MMR's Motion for Leave to Amend Complaint is hereby GRANTED. MMR shall file the proposed First Amended Complaint attached as Exhibit "A" to the Declaration of Nicholas A. Merrell filed in support of its Motion for Leave to Amend Complaint within 10 calendar days of entry of this order.

2. All hearings set for October 21, 2011 are hereby vacated.

3. Upon MMR's service of its First Amended Complaint on STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4 LLC (collectively the "STAD Defendants"), the following briefing schedule shall apply with respect to the STAD Defendants:

   a. STAD Defendants shall file and serve their joint Motion to Dismiss within 30 calendar days (or the first business day thereafter) after service of the First Amended Complaint;

   b. MMR shall file and serve its opposition to STAD Defendants' Motion to Dismiss within 30 calendar days (or the first business day thereafter) of service of the Motion to Dismiss; and

   c. STAD Defendants shall file and serve their reply brief within 21 calendar days (or the first business day thereafter) of service of MMR's opposition to STAD Defendants' Motion to Dismiss.

4. Solar Millennium AG, a German corporation, is not a party to the foregoing briefing schedule. Solar Millennium AG may elect to join in the foregoing briefing schedule simply by joining in STAD Defendants' Motion to Dismiss, in which case service of process shall be deemed waived. The case management conference is reset from 10/21/11 to 1/27/12. A joint cmc statement shall be filed by 1/20/12.

**IT IS SO ORDERED.**

Dated: 9/28/11

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
MODIFIED
Judge Edward M. Chen

STIPULATION TO GRANT LEAVE TO AMEND AND [PROPOSED] ORDER

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
ATTORNEYS AT LAW

2