NICHOLAS A. MERRELL, ESQ.

WATT, TIEDER, HOFFAR & FITZGERALD LLP
333 BUSH STREET, SUITE 1500
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 623-7000

ATTORNEY FOR: PLAINTIFF

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| MMR GROUP, INC., ET AL. | CASE NUMBER |
|---|---|
| PLAINTIFF. | 11-CV-01521 |
| STA DEVELOPMENT, LLC F/K/A SOLAR MILLENNIUM, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; SOLAR DEFENDANT. | **PROOF OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

LETTER DATED 10/06/2011 RE: MMR GROUP, ET AL.; FIRST AMENDED COMPLAINT; CIVIL STANDING ORDER - GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN; CIVIL STANDING ORDER ON DISCOVERY; CIVIL PRETRIAL INSTRUCTIONS; GUIDELINS FOR TRIAL IN CIVIL CASES (JURY AND BENCH); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STIPULATION TO GRANT LEAVE TO AMEND AND [PROPOSED] ORDER; SUMMONS IN A CIVIL ACTION (STA DEVELOPMENT, ETC., ET AL.)

in the within action by personally delivering true copies thereof to the person served as follows:

| | | |
|---|---|---|
| Served | : | AARON RENENGER, ESQ. |
| By Serving | : | AARON RENENGER, ESQ. |
| Address | : | MILBANK |
| | | 1850 K STREET, N.W. SUITE 1100 |
| | | WASHINGTON, D.C. 20006 |
| Date of Service | : | OCTOBER 7, 2011 |
| Time of Service | : | 3:01 PM |



PACIFIC COAST
LEGAL SERVICES
Registered in Santa Clara County
Registered California Process Server No. 1360

**772 North First Street
San Jose, CA 95112
(408) 291-5000**

Person serving:  MIKE JONES

Registration No.:
County: WASHINGTON, D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date:  OCTOBER 7, 2011

Signature: _____
MIKE JONES