| | |
|---|---|
| 1 | Jerry L. Marks (SBN 135395) |
| | Email: jmarks@milbank.com |
| 2 | Aaron Renenger (SBN 222675) |
| | Email: arenenger@milbank.com |
| 3 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | 601 S. Figueroa Street, 30th Floor |
| 4 | Los Angeles, California  90017 |
| | Telephone:  (213) 892-4000 |
| 5 | Facsimile:   (213) 629-5063 |

6   David R. Gelfand (*admitted pro hac vice*)
    Email: dgelfand@milbank.com
7   Rachel Penski Fissell (*admitted pro hac vice*)
    Email: rfissell@milbank.com
8   MILBANK, TWEED, HADLEY & McCLOY LLP
    1 Chase Manhattan Plaza
9   New York, NY 10005
    Telephone:  (212) 530-5000
10  Facsimile:   (212) 822-5661

*Attorneys for Defendant STA Development, LLC (f/k/a Solar Millennium, LLC), Solar Trust of America, LLC, Solar Millennium, Inc., CA 1-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4 LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, | Case No.  3:11-cv-01521-EMC |
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC | **The Honorable Judge Edward M. Chen** |
| Defendants. | |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4 LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by one week from November 7, 2011 to November 14, 2011.

The reason for the parties' joint request is that the parties are in advanced stages of settlement discussions and are hoping to reach a settlement forthwith. The parties have requested, and this Court has granted, two continuances of a hearing on an earlier motion to dismiss filed by one of the STAD Defendants. The filing of the Amended Complaint mooted that motion to dismiss. The parties have not requested any extensions of time since the Amended Complaint was filed. Because the parties are only asking for a one-week extension, the parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that Court extend the STAD Defendants' time to respond to the Amended Complaint by one week from November 7, 2011 to November 14, 2011.

| | |
|---|---|
| Dated: November 4, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: /s/ Aaron Renenger<br>    Jerry L. Marks (SBN 135395)<br>    Aaron Renenger (SBN 222675)<br>    Delilah Vinzon (SBN 222681)<br>    601 S. Figueroa Street, 30th Floor<br>    Los Angeles, California 90017<br>    Telephone: (213) 892-4000<br>    Facsimile: (213) 629-5063<br><br>    David R. Gelfand (*admitted pro hac vice*)<br>    Rachel Penski Fissell (*admitted pro hac vice*)<br>    1 Chase Manhattan Plaza<br>    New York, NY 10005<br>    Telephone: (212) 530-5000<br>    Facsimile: (212) 822-5661<br><br>*Attorneys for Defendant STA Development, LLC (f/k/a Solar Millennium, LLC), Solar Trust of America, LLC, Solar Millennium, Inc., CA 1-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4 LLC* |
| Dated: November 4, 2011 | **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**<br><br>By: /s/ Nicholas A. Merrell<br>    Bennett J. Lee (CA Bar No. 230482)<br>    Nicholas A. Merrell (CA Bar No. 240795)<br>    Regina A. Verducci (CA Bar No. 264996)<br>    333 Bush Street, Suite 1500<br>    San Francisco, CA 94104<br>    Telephone: 415-623-7000<br>    Facsimile: 415-623-7001<br><br>*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                                                                     UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT
AND [PROPOSED] ORDER