1  Jerry L. Marks (SBN 135395)
   Email: jmarks@milbank.com
2  Aaron Renenger (SBN 222675)
   Email: arenenger@milbank.com
3  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California 90017
   Telephone: (213) 892-4000
5  Facsimile: (213) 629-5063

6  David R. Gelfand (*admitted pro hac vice*)
   Email: dgelfand@milbank.com
7  Rachel Penski Fissell (*admitted pro hac vice*)
   Email: rfissell@milbank.com
8  MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
9  New York, NY 10005
   Telephone: (212) 530-5000
10 Facsimile: (212) 822-5661
   *Attorneys for Defendants STA Development, LLC,*
11 *Solar Trust of America, LLC, Solar Millennium, Inc.,*
   *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
12 *Palo Verde Solar II, LLC, Blythe Solar Power Project*
   *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
13 *Blythe Solar Power Project Unit 3, LLC and*
   *Blythe Solar Power Project Unit 4, LLC*

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  MMR GROUP, INC., <br> MMR POWER SOLUTIONS, LLC and <br> 19  SOUTHWESTERN POWER GROUP II, LLC, <br> 20          Plaintiffs, <br> 21      vs. <br> 22  STA DEVELOPMENT, LLC (F/K/A SOLAR <br> 23  MILLENNIUM, LLC), SOLAR TRUST OF <br>     AMERICA, LLC, SOLAR MILLENNIUM AG, <br> 24  SOLAR MILLENNIUM, INC., CA I-10 <br>     SOLAR, LLC, PALO VERDE SOLAR I, LLC, <br> 25  PALO VERDE SOLAR II, LLC, BLYTHE <br>     SOLAR POWER PROJECT UNIT 1, LLC, <br> 26  BLYTHE SOLAR POWER PROJECT UNIT 2, <br>     LLC, BLYTHE SOLAR POWER PROJECT <br> 27  UNIT 3, LLC AND BLY,THE SOLAR POWER <br>     PROJECT UNIT 4, LLC <br> 28          Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PRO~~POS~~ED] ORDER** <br><br> **The Honorable Judge Edward M. Chen** |

1 **STIPULATION**

2 Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
3 SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA
4 DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,
5 CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,
6 BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT
7 UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR
8 POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request
9 that the Court extend the time for the STAD Defendants to respond to the Amended Complaint,
10 filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011,
11 by one week from November 14, 2011 to November 21, 2011.

12 On November 4, the parties requested, and this Court granted, a one-week extension of
13 time for Defendants to respond to the Amended Complaint from November 7 to November 14,
14 2011 because the parties were in advanced stages of settlement discussions. The parties have
15 made significant progress in settlement discussions during the last week and expect to execute a
16 settlement agreement forthwith. Because the parties ask only for another one-week extension, the
17 parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial
18 economy, the parties therefore request that Court extend the STAD Defendants' time to respond
19 to the Amended Complaint by one week from November 14, 2011 to November 21, 2011.

| | |
|---|---|
| Dated: November 11, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| | By: /s/ Aaron Renenger |
| | Jerry L. Marks (SBN 135395) |
| | Aaron Renenger (SBN 222675) |
| | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| | Telephone: (213) 892-4000 |
| | Facsimile: (213) 629-5063 |
| | |
| | David R. Gelfand (*admitted pro hac vice*) |
| | Rachel Penski Fissell (*admitted pro hac vice*) |
| | 1 Chase Manhattan Plaza |
| | New York, NY 10005 |
| | Telephone: (212) 530-5000 |
| | Facsimile: (212) 822-5661 |
| | |
| | *Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC* |
| | |
| Dated: November 11, 2011 | **WATT, TIEDER, HOFFAR & FITZGERALD, LLP** |
| | |
| | By: /s/ Nicholas A. Merrell |
| | Bennett J. Lee (CA Bar No. 230482) |
| | Nicholas A. Merrell (CA Bar No. 240795) |
| | Regina A. Verducci (CA Bar No. 264996) |
| | 333 Bush Street, Suite 1500 |
| | San Francisco, CA 94104 |
| | Telephone: 415-623-7000 |
| | Facsimile: 415-623-7001 |
| | |
| | *Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/14/11

UNITED STATES DISTRICT C...

IT IS SO ORDERED
Judge Edward M. Chen