1 | Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
2 | Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
3 | MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
4 | Los Angeles, California 90017
Telephone: (213) 892-4000
5 | Facsimile: (213) 629-5063

6 | David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
7 | Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
8 | MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
9 | New York, NY 10005
Telephone: (212) 530-5000
10 | Facsimile: (212) 822-5661
*Attorneys for Defendants STA Development, LLC,*
11 | *Solar Trust of America, LLC, Solar Millennium, Inc.,*
*CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
12 | *Palo Verde Solar II, LLC, Blythe Solar Power Project*
*Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
13 | *Blythe Solar Power Project Unit 3, LLC and*
*Blythe Solar Power Project Unit 4, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLY,THE SOLAR POWER PROJECT UNIT 4, LLC <br> Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **SECOND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PR~~OP~~OSED] ORDER** <br><br> **The Honorable Judge Edward M. Chen** |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by one week from November 14, 2011 to November 21, 2011.

On November 4, the parties requested, and this Court granted, a one-week extension of time for Defendants to respond to the Amended Complaint from November 7 to November 14, 2011 because the parties were in advanced stages of settlement discussions. The parties have made significant progress in settlement discussions during the last week and expect to execute a settlement agreement forthwith. Because the parties ask only for another one-week extension, the parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that Court extend the STAD Defendants' time to respond to the Amended Complaint by one week from November 14, 2011 to November 21, 2011.

1

| | |
|---|---|
| Dated: November 11, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: /s/   Aaron Renenger<br>    Jerry L. Marks (SBN 135395)<br>    Aaron Renenger (SBN 222675)<br>    601 S. Figueroa Street, 30th Floor<br>    Los Angeles, California  90017<br>    Telephone:  (213) 892-4000<br>    Facsimile:   (213) 629-5063<br><br>    David R. Gelfand (*admitted pro hac vice*)<br>    Rachel Penski Fissell (*admitted pro hac vice*)<br>    1 Chase Manhattan Plaza<br>    New York, NY 10005<br>    Telephone:  (212) 530-5000<br>    Facsimile:   (212) 822-5661<br><br>*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC* |
| Dated: November 11, 2011 | **WATT, TIEDER, HOFFAR<br>  & FITZGERALD, LLP**<br><br>By:  /s/ Nicholas A. Merrell<br>    Bennett J. Lee (CA Bar No. 230482)<br>    Nicholas A. Merrell (CA Bar No. 240795)<br>    Regina A. Verducci (CA Bar No. 264996)<br>    333 Bush Street, Suite 1500<br>    San Francisco, CA 94104<br>    Telephone:  415-623-7000<br>    Facsimile:  415-623-7001<br><br>*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _11/14/11_

UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

2

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER