Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California  90017
Telephone:  (213) 892-4000
Facsimile:   (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 822-5661
*Attorneys for Defendants STA Development, LLC,
Solar Trust of America, LLC, Solar Millennium, Inc.,
CA I-10 Solar, LLC, Palo Verde Solar I, LLC,
Palo Verde Solar II, LLC, Blythe Solar Power Project
Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,
Blythe Solar Power Project Unit 3, LLC and
Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLY,THE SOLAR POWER PROJECT UNIT 4, LLC<br>Defendants. | Case No.  3:11-cv-01521-EMC<br><br>**THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**The Honorable Judge Edward M. Chen** |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by two weeks from November 21, 2011 to December 5, 2011.

On November 4, the parties requested, and this Court later granted, a one-week extension of time for Defendants to respond to the Amended Complaint from November 7 to November 14, 2011 because the parties were in advanced stages of settlement discussions. On November 14, 2011, this Court again granted a second one-week extension from November 14 to November 21 because the parties had made significant progress in settlement discussions. That progress has continued during the last week and the parties expect to execute a settlement agreement forthwith. Due to the upcoming Thanksgiving holiday and continued progress in settlement negotiations, the parties ask for a two-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that Court extend the STAD Defendants' time to respond to the Amended Complaint by two weeks from November 21, 2011 to December 5, 2011.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| 2 | | By: /s/   Aaron Renenger |
| 3 | | Jerry L. Marks (SBN 135395)<br>Aaron Renenger (SBN 222675) |
| | | 601 S. Figueroa Street, 30th Floor |
| 4 | | Los Angeles, California  90017 |
| | | Telephone:  (213) 892-4000 |
| 5 | | Facsimile:   (213) 629-5063 |

David R. Gelfand (*admitted pro hac vice*)
Rachel Penski Fissell (*admitted pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: November 18, 2011    **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By:  /s/  Nicholas A. Merrell
Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/22/11

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2

THIRD STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER