1  Jerry L. Marks (SBN 135395)
   Email: jmarks@milbank.com
2  Aaron Renenger (SBN 222675)
   Email: arenenger@milbank.com
3  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California  90017
   Telephone:  (213) 892-4000
5  Facsimile:   (213) 629-5063

6  David R. Gelfand (*admitted pro hac vice)*
   Email: dgelfand@milbank.com
7  Rachel Penski Fissell (*admitted pro hac vice*)
   Email: rfissell@milbank.com
8  MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
9  New York, NY 10005
   Telephone:  (212) 530-5000
10 Facsimile:   (212) 822-5661
   *Attorneys for Defendants STA Development, LLC,*
11 *Solar Trust of America, LLC, Solar Millennium, Inc.,*
   *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
12 *Palo Verde Solar II, LLC, Blythe Solar Power Project*
   *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
13 *Blythe Solar Power Project Unit 3, LLC and*
   *Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>           Plaintiffs,<br><br>      vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLY,THE SOLAR POWER PROJECT UNIT 4, LLC<br>           Defendants. | Case No.  3:11-cv-01521-EMC<br><br>**FIFTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**The Honorable Judge<br>Edward M. Chen** |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by three weeks from December 19, 2011 to January 9, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd and December 1st, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations. The timing of finalizing a settlement has been impacted by several complex factors, but the parties continue to be hopeful that they will execute a settlement agreement forthwith. Due to the upcoming holidays and the continued progress in reaching a settlement, the parties request a three-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that Court extend the STAD Defendants' time to respond to the Amended Complaint by three weeks from December 19, 2011 to January 9, 2012.

| | |
|---|---|
| Dated: December 19, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: /s/   Aaron Renenger<br>     Jerry L. Marks (SBN 135395)<br>     Aaron Renenger (SBN 222675)<br>     601 S. Figueroa Street, 30th Floor<br>     Los Angeles, California  90017<br>     Telephone:  (213) 892-4000<br>     Facsimile:   (213) 629-5063<br><br>     David R. Gelfand (*admitted pro hac vice*)<br>     Rachel Penski Fissell (*admitted pro hac vice*)<br>     1 Chase Manhattan Plaza<br>     New York, NY 10005<br>     Telephone:  (212) 530-5000<br>     Facsimile:   (212) 822-5661<br><br>*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC* |
| Dated: December 19, 2011 | **WATT, TIEDER, HOFFAR<br>  & FITZGERALD, LLP**<br><br>By:  /s/   Nicholas A. Merrell<br>     Bennett J. Lee (CA Bar No. 230482)<br>     Nicholas A. Merrell (CA Bar No. 240795)<br>     Regina A. Verducci (CA Bar No. 264996)<br>     333 Bush Street, Suite 1500<br>     San Francisco, CA 94104<br>     Telephone: 415-623-7000<br>     Facsimile: 415-623-7001<br><br>*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____
                                                    UNITED STATES DISTRICT COURT JUDGE

2

FIFTH STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER