1  Jerry L. Marks (SBN 135395)
   Email: jmarks@milbank.com
2  Aaron Renenger (SBN 222675)
   Email: arenenger@milbank.com
3  MILBANK, TWEED, HADLEY & McCLOY LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California 90017
   Telephone: (213) 892-4000
5  Facsimile: (213) 629-5063

6  David R. Gelfand (*admitted pro hac vice*)
   Email: dgelfand@milbank.com
7  Rachel Penski Fissell (*admitted pro hac vice*)
   Email: rfissell@milbank.com
8  MILBANK, TWEED, HADLEY & McCLOY LLP
   1 Chase Manhattan Plaza
9  New York, NY 10005
   Telephone: (212) 530-5000
10 Facsimile: (212) 822-5661
   *Attorneys for Defendants STA Development, LLC,*
11 *Solar Trust of America, LLC, Solar Millennium, Inc.,*
   *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
12 *Palo Verde Solar II, LLC, Blythe Solar Power Project*
   *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
13 *Blythe Solar Power Project Unit 3, LLC and*
   *Blythe Solar Power Project Unit 4, LLC*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 MMR GROUP, INC., <br> MMR POWER SOLUTIONS, LLC and <br> 19 SOUTHWESTERN POWER GROUP II, LLC, <br> 20          Plaintiffs, <br> 21      vs. <br> 22 STA DEVELOPMENT, LLC (F/K/A SOLAR <br> 23 MILLENNIUM, LLC), SOLAR TRUST OF <br> AMERICA, LLC, SOLAR MILLENNIUM AG, <br> 24 SOLAR MILLENNIUM, INC., CA I-10 <br> SOLAR, LLC, PALO VERDE SOLAR I, LLC, <br> 25 PALO VERDE SOLAR II, LLC, BLYTHE <br> SOLAR POWER PROJECT UNIT 1, LLC, <br> 26 BLYTHE SOLAR POWER PROJECT UNIT 2, <br> LLC, BLYTHE SOLAR POWER PROJECT <br> 27 UNIT 3, LLC AND BLY,THE SOLAR POWER <br> PROJECT UNIT 4, LLC <br> 28          Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **CORRECTED FIFTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [P~~ROPO~~SED] ORDER** <br><br> **The Honorable Judge Edward M. Chen** |

**STIPULATION**

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by eight days from December 19, 2011 to December 27, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd and December 1st, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations. The timing of finalizing a settlement has been impacted by several complex factors, but the parties continue to be hopeful that they will execute a settlement agreement forthwith. Due to the upcoming holidays and the continued progress in reaching a settlement, the parties request an eight day extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that Court extend the STAD Defendants' time to respond to the Amended Complaint by eight days from December 19, 2011 to December 27, 2012.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2011 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| 2 | | By: /s/ Rachel Penski Fissell |
| | | Jerry L. Marks (SBN 135395) |
| 3 | | Aaron Renenger (SBN 222675) |
| | | 601 S. Figueroa Street, 30th Floor |
| 4 | | Los Angeles, California 90017 |
| | | Telephone: (213) 892-4000 |
| 5 | | Facsimile: (213) 629-5063 |

David R. Gelfand (*admitted pro hac vice*)
Rachel Penski Fissell (*admitted pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: December 19, 2011     **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
333 Bush Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-623-7000
Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/19/11

UNITED STATES ...

*IT IS SO ORDERED*
Judge Edward M. Chen

2

CORRECTED FIFTH STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER