1   Jerry L. Marks (SBN 135395)
     Email: jmarks@milbank.com
2   Aaron Renenger (SBN 222675)
     Email: arenenger@milbank.com
3   MILBANK, TWEED, HADLEY & McCLOY LLP
     601 S. Figueroa Street, 30th Floor
4   Los Angeles, California  90017
     Telephone:  (213) 892-4000
5   Facsimile:   (213) 629-5063

6   David R. Gelfand (*admitted pro hac vice*)
     Email: dgelfand@milbank.com
7   Rachel Penski Fissell (*admitted pro hac vice*)
     Email: rfissell@milbank.com
8   MILBANK, TWEED, HADLEY & McCLOY LLP
     1 Chase Manhattan Plaza
9   New York, NY 10005
     Telephone:  (212) 530-5000
10  Facsimile:  (212) 822-5661
     *Attorneys for Defendants STA Development, LLC,*
11  *Solar Trust of America, LLC, Solar Millennium, Inc.,*
     *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
12  *Palo Verde Solar II, LLC, Blythe Solar Power Project*
     *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
13  *Blythe Solar Power Project Unit 3, LLC and*
     *Blythe Solar Power Project Unit 4, LLC*

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  MMR GROUP, INC.,<br>     MMR POWER SOLUTIONS, LLC and<br>19  SOUTHWESTERN POWER GROUP II, LLC,<br><br>20            Plaintiffs,<br><br>21       vs.<br><br>22  STA DEVELOPMENT, LLC (F/K/A SOLAR<br>     MILLENNIUM, LLC), SOLAR TRUST OF<br>23  AMERICA, LLC, SOLAR MILLENNIUM AG,<br>     SOLAR MILLENNIUM, INC., CA I-10<br>24  SOLAR, LLC, PALO VERDE SOLAR I, LLC,<br>     PALO VERDE SOLAR II, LLC, BLYTHE<br>25  SOLAR POWER PROJECT UNIT 1, LLC,<br>     BLYTHE SOLAR POWER PROJECT UNIT 2,<br>26  LLC, BLYTHE SOLAR POWER PROJECT<br>     UNIT 3, LLC AND BLY,THE SOLAR POWER<br>27  PROJECT UNIT 4, LLC<br>              Defendants.<br>28 | Case No.  3:11-cv-01521-EMC<br><br>**SIXTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**The Honorable Judge Edward M. Chen** |

1

## **STIPULATION**

2      Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and

3  SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA

4  DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,

5  CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,

6  BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT

7  UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR

8  POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request

9  that the Court extend the time for the STAD Defendants to respond to the Amended Complaint,

10  filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011,

11  by 14 days from December 27, 2011 to January 10, 2012.

12      On November 4th and 14th, the parties requested, and this Court later granted, a one-week

13  extension of time for the STAD Defendants to respond to the Amended Complaint because the

14  parties were in advanced stages of settlement discussions.  On November 22nd and December 1st,

15  the parties requested, and this Court later granted, extensions of two weeks due to continued

16  progress in settlement negotiations.  And on December 19, the parties requested and this Court

17  later granted an extension of one week.  The timing of finalizing a settlement has been impacted

18  by several complex factors, but the parties continue to be hopeful that they will execute a

19  settlement agreement forthwith.  Due to the upcoming holidays and the continued progress in

20  reaching a settlement, the parties request a 14 day extension of the time for the STAD Defendants

21  to respond to the Amended Complaint.  The parties' request will have a *de minimis,* if any, impact

22  on the schedule.  In the interests of judicial economy, the parties therefore request that Court

23  extend the STAD Defendants' time to respond to the Amended Complaint by 14 days from

24  December 27, 2011 to January 10, 2012.

25

26

27

28

1

1

Dated: December 27, 2011

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Aaron Renenger
    Jerry L. Marks (SBN 135395)
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California  90017
    Telephone:  (213) 892-4000
    Facsimile:   (213) 629-5063

    David R. Gelfand (*admitted pro hac vice*)
    Rachel Penski Fissell (*admitted pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    Telephone:  (212) 530-5000
    Facsimile:   (212) 822-5661

    *Attorneys for Defendants STA Development, LLC,*
    *Solar Trust of America, LLC, Solar Millennium, Inc.,*
    *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
    *Palo Verde Solar II, LLC, Blythe Solar Power Project*
    *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
    *Blythe Solar Power Project Unit 3, LLC and*
    *Blythe Solar Power Project Unit 4, LLC*


Dated: December 27, 2011

**WATT, TIEDER, HOFFAR
 & FITZGERALD, LLP**

By: /s/  Nicholas A. Merrell
    Bennett J. Lee (CA Bar No. 230482)
    Nicholas A. Merrell (CA Bar No. 240795)
    Regina A. Verducci (CA Bar No. 264996)
    333 Bush Street, Suite 1500
    San Francisco, CA 94104
    Telephone:  415-623-7000
    Facsimile:  415-623-7001

    *Attorneys for Plaintiffs MMR Group, Inc., MMR Power*
    *Solutions, LLC and Southwestern Power Group II, LLC*


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   12/27/11

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen