Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC,*
*Solar Trust of America, LLC, Solar Millennium, Inc.,*
*CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
*Palo Verde Solar II, LLC, Blythe Solar Power Project*
*Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
*Blythe Solar Power Project Unit 3, LLC and*
*Blythe Solar Power Project Unit 4, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br>      Plaintiffs,<br><br>      vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR<br>MILLENNIUM, LLC), SOLAR TRUST OF<br>AMERICA, LLC, SOLAR MILLENNIUM AG,<br>SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC,<br>PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR<br>II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1,<br>LLC, BLYTHE SOLAR POWER PROJECT UNIT 2,<br>LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC<br>AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br>      Defendants. | Case No. 3:11-cv-01521-EMC<br><br>**SEVENTH STIPULATION<br>TO EXTEND DEFENDANTS'<br>TIME TO RESPOND TO<br>AMENDED COMPLAINT<br>AND [PROPOSED] ORDER**<br><br>**The Honorable Judge<br>Edward M. Chen** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by two weeks from January 10, 2012 to January 24, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd, December 1st, and December 27th, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations.  The parties continue to be hopeful that they will execute a settlement agreement forthwith.  Due to the continued progress in reaching a settlement, the parties request a two-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that the Court extend the STAD Defendants' time to respond to the Amended Complaint by two weeks from January 10, 2012 to January 24, 2012.

1   Dated: January 6, 2012                **MILBANK, TWEED, HADLEY & McCLOY LLP**

2                                          By: /s/ Aaron Renenger
3                                              Jerry L. Marks (SBN 135395)
                                               Aaron Renenger (SBN 222675)
4                                              601 S. Figueroa Street, 30th Floor
                                               Los Angeles, California 90017
5                                              Telephone: (213) 892-4000
                                               Facsimile: (213) 629-5063
6
7                                              David R. Gelfand (*admitted pro hac vice*)
                                               Rachel Penski Fissell (*admitted pro hac vice*)
8                                              1 Chase Manhattan Plaza
                                               New York, NY 10005
9                                              Telephone: (212) 530-5000
                                               Facsimile: (212) 822-5661
10
11                                         *Attorneys for Defendants STA Development, LLC,*
                                           *Solar Trust of America, LLC, Solar Millennium, Inc.,*
12                                         *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
                                           *Palo Verde Solar II, LLC, Blythe Solar Power Project*
13                                         *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
                                           *Blythe Solar Power Project Unit 3, LLC and Blythe Solar*
14                                         *Power Project Unit 4, LLC*

15   Dated: January 6, 2012                **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

16
17                                         By: /s/ Nicholas A. Merrell
                                               Bennett J. Lee (CA Bar No. 230482)
18                                             Nicholas A. Merrell (CA Bar No. 240795)
                                               Regina A. Verducci (CA Bar No. 264996)
19                                             333 Bush Street, Suite 1500
                                               San Francisco, CA 94104
20                                             Telephone: 415-623-7000
                                               Facsimile: 415-623-7001
21
22                                         *Attorneys for Plaintiffs MMR Group, Inc., MMR Power*
                                           *Solutions, LLC and Southwestern Power Group II, LLC*
23
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
     Dated: _____        _____
25                                          UNITED STATES DISTRICT JUDGE
26
27
28

- 3 -

SEVENTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
AMENDED COMPLAINT AND [PROPOSED] ORDER