Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC,
Solar Trust of America, LLC, Solar Millennium, Inc.,
CA I-10 Solar, LLC, Palo Verde Solar I, LLC,
Palo Verde Solar II, LLC, Blythe Solar Power Project
Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,
Blythe Solar Power Project Unit 3, LLC and
Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, <br> Plaintiffs, <br><br> vs. <br><br> STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC <br> Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **SEVENTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [P~~ROPO~~SED] ORDER** <br><br> **The Honorable Judge Edward M. Chen** |

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request that the Court extend the time for the STAD Defendants to respond to the Amended Complaint, filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011, by two weeks from January 10, 2012 to January 24, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd, December 1st, and December 27th, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations. The parties continue to be hopeful that they will execute a settlement agreement forthwith. Due to the continued progress in reaching a settlement, the parties request a two-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that the Court extend the STAD Defendants' time to respond to the Amended Complaint by two weeks from January 10, 2012 to January 24, 2012.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2012 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| 2 | | By: /s/ Aaron Renenger |
| 3 | | Jerry L. Marks (SBN 135395) |
| | | Aaron Renenger (SBN 222675) |
| 4 | | 601 S. Figueroa Street, 30th Floor |
| | | Los Angeles, California 90017 |
| 5 | | Telephone: (213) 892-4000 |
| 6 | | Facsimile: (213) 629-5063 |

Dated: January 6, 2012

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Aaron Renenger
 Jerry L. Marks (SBN 135395)
 Aaron Renenger (SBN 222675)
 601 S. Figueroa Street, 30th Floor
 Los Angeles, California 90017
 Telephone: (213) 892-4000
 Facsimile: (213) 629-5063

 David R. Gelfand (*admitted pro hac vice*)
 Rachel Penski Fissell (*admitted pro hac vice*)
 1 Chase Manhattan Plaza
 New York, NY 10005
 Telephone: (212) 530-5000
 Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: January 6, 2012

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
 Bennett J. Lee (CA Bar No. 230482)
 Nicholas A. Merrell (CA Bar No. 240795)
 Regina A. Verducci (CA Bar No. 264996)
 333 Bush Street, Suite 1500
 San Francisco, CA 94104
 Telephone: 415-623-7000
 Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____1/10/12_____ _____
 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

- 3 -

SEVENTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
AMENDED COMPLAINT AND [PROPOSED] ORDER