| | |
|---|---|
| 1 | Jerry L. Marks (SBN 135395) |
| 2 | Email: jmarks@milbank.com |
|   | Aaron Renenger (SBN 222675) |
| 3 | Email: arenenger@milbank.com |
|   | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 4 | 601 S. Figueroa Street, 30th Floor |
|   | Los Angeles, California 90017 |
| 5 | Telephone: (213) 892-4000 |
|   | Facsimile: (213) 629-5063 |
| 6 | |
| 7 | David R. Gelfand (*admitted pro hac vice*) |
|   | Email: dgelfand@milbank.com |
| 8 | Rachel Penski Fissell (*admitted pro hac vice*) |
|   | Email: rfissell@milbank.com |
| 9 | MILBANK, TWEED, HADLEY & McCLOY LLP |
|   | 1 Chase Manhattan Plaza |
| 10 | New York, NY 10005 |
| 11 | Telephone: (212) 530-5000 |
|    | Facsimile: (212) 822-5661 |
| 12 | *Attorneys for Defendants STA Development, LLC,* |
|    | *Solar Trust of America, LLC, Solar Millennium, Inc.,* |
| 13 | *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,* |
|    | *Palo Verde Solar II, LLC, Blythe Solar Power Project* |
| 14 | *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,* |
| 15 | *Blythe Solar Power Project Unit 3, LLC and* |
|    | *Blythe Solar Power Project Unit 4, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC,<br>Plaintiffs,<br><br>vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br>Defendants. | Case No. 3:11-cv-01521-EMC<br><br>**STAD DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**The Honorable Judge Edward M. Chen** |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16, Defendant STA Development, LLC states that it is a wholly owned subsidiary of Solar Trust of America, LLC. Solar Trust of America LLC is owned 70% by Solar Millennium Inc., a wholly owned subsidiary of Solar Millennium Capital GmbH, which is a wholly owned subsidiary of Solar Millennium AG ("SMAG"), and 30% by Ferrostaal Incorporated, which (through several indirect or direct wholly owned subsidiaries of Ferrostaal AG) is an indirect wholly owned subsidiary of Ferrostaal AG.

Defendants Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC, and Blythe Solar Power Project Unit 4, LLC are wholly owned subsidiaries of either Defendant STA Development, LLC or Solar Millennium, Inc. Defendant CA I-10 Solar, LLC is 75% owned by SMUSA2 GmbH (a direct or indirect subsidiary of SMAG) and 25% owned by STA Development, LLC.

Dated: January 20, 2012

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Aaron Renenger
    Jerry L. Marks (SBN 135395)
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

    David R. Gelfand (*admitted pro hac vice*)
    Rachel Penski Fissell (*admitted pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*