Jerry L. Marks (SBN 135395)
Email: jmarks@milbank.com
Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC,
Solar Trust of America, LLC, Solar Millennium, Inc.,
CA I-10 Solar, LLC, Palo Verde Solar I, LLC,
Palo Verde Solar II, LLC, Blythe Solar Power Project
Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,
Blythe Solar Power Project Unit 3, LLC and
Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, <br> Plaintiffs, <br><br> vs. <br><br> STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC <br> Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **EIGHTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER** <br><br> **The Honorable Judge Edward M. Chen** |

1  Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
2  SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA
3  DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,
4  CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,
5  BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT
6  UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR
7  POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request
8  that the Court extend the time for the STAD Defendants to respond to the Amended Complaint,
9  filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011,
10 by two weeks from January 24, 2012 to February 7, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd, December 1st, December 27th, and January 10th, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations. The parties continue to be hopeful that they will execute a settlement agreement forthwith. Due to the continued progress in reaching a settlement, the parties request a two-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that the Court extend the STAD Defendants' time to respond to the Amended Complaint by two weeks from January 24, 2012 to February 7, 2012.

EIGHTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
AMENDED COMPLAINT AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: January 20, 2012 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| 2 | | By: /s/ Rachel Penski Fissell |
| 3 | | Jerry L. Marks (SBN 135395) |
| | | Aaron Renenger (SBN 222675) |

Dated: January 20, 2012        **MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Rachel Penski Fissell
   Jerry L. Marks (SBN 135395)
   Aaron Renenger (SBN 222675)
   601 S. Figueroa Street, 30th Floor
   Los Angeles, California 90017
   Telephone: (213) 892-4000
   Facsimile: (213) 629-5063

   David R. Gelfand (*admitted pro hac vice*)
   Rachel Penski Fissell (*admitted pro hac vice*)
   1 Chase Manhattan Plaza
   New York, NY 10005
   Telephone: (212) 530-5000
   Facsimile: (212) 822-5661

   *Attorneys for Defendants STA Development, LLC,*
   *Solar Trust of America, LLC, Solar Millennium, Inc.,*
   *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
   *Palo Verde Solar II, LLC, Blythe Solar Power Project*
   *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
   *Blythe Solar Power Project Unit 3, LLC and Blythe Solar*
   *Power Project Unit 4, LLC*

Dated: January 20, 2012        **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
   Bennett J. Lee (CA Bar No. 230482)
   Nicholas A. Merrell (CA Bar No. 240795)
   Regina A. Verducci (CA Bar No. 264996)
   333 Bush Street, Suite 1500
   San Francisco, CA 94104
   Telephone: 415-623-7000
   Facsimile: 415-623-7001

   *Attorneys for Plaintiffs MMR Group, Inc., MMR Power*
   *Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____1/23/12_____        _____
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

- 3 -

EIGHTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO
AMENDED COMPLAINT AND [PROPOSED] ORDER