Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline highway
Baton Rouge, LA 70817
Tel.: 225-756-5090
Fax: 225-753-7012
Email: rrispone@mmrgrp.com

Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel: 415-623-7000
Fax: 415-623-7001
Email: blee@wthf.com; nmerrell@wthf.com; rveducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br>Plaintiffs,<br><br>vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br>Defendants | Case No.  3:11-cv-01521-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER<br><br>**Hearing Information**<br>Date:       January 27, 2012<br>Time:       9:00 a.m.<br>Ctrm:       5<br><br>**The Honorable Judge Edward M. Chen** |

## I.   **INTRODUCTION**

Plaintiffs   MMR   GROUP,   INC.,   MMR   POWER   SOLUTIONS,   LLC   and SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA DEVELOPMENT, LLC ("STAD"), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully submit this joint case management conference statement.

In December 2011, Solar Millennium AG[1] – parent company of the STAD Defendants – filed for bankruptcy in Germany.  This has complicated the extensive settlement discussions between Plaintiffs and STAD Defendants, which involves a deal with a third-party purchaser of STA's assets, which both parties are still pursuing.

Despite these complications, the parties remain optimistic that a settlement is on the horizon and respectfully request that the Court set another case management conference in approximately 60 days for the purpose of setting a trial date if a settlement is not reached by that time.

## II.   **DISCUSSION**

The parties hereby submit the following discussion pursuant to Local Rule 16-9 and the "Standing Order For All Judges of the Northern District of California."

1.   Jurisdiction and Service.

The court's jurisdiction is based on diversity pursuant to 28 U.S.C. § 1332.  Pursuant to stipulation, all parties have been served except Solar Millennium AG, which recently filed for bankruptcy protection under German law.

2.   Facts.

Plaintiffs allege that this lawsuit arises out of a joint venture partnership agreement

---

[1] On September 28, 2011, pursuant to stipulation, the Court issued an order granting Plaintiffs leave to amend their complaint and join Solar Millennium AG.  Pursuant to the parties' continuing settlement discussions, Solar Millennium AG has not been served.

JOINT CMC STATEMENT

between Plaintiffs and STAD Defendants to pursue solar power projects in several states, including Arizona, California, and Colorado, including without limitation the solar power project in Blythe, California.  The specific background establishing the joint venture agreement is set forth in the First Amended Complaint and need not be repeated here.  Plaintiffs allege further that STAD Defendants converted the underlying joint venture assets, such as entitlements to develop land in Blythe, California, without Plaintiffs' consent.  Plaintiffs allege further that STAD Defendants wrongfully threw Plaintiffs out of the joint venture without Plaintiffs' consent. Plaintiffs allege that STAD Defendants breached their fiduciary duty, which exists by virtue of the joint venture agreement, by improperly taking advantage of solar power opportunities without involving Plaintiffs.

The STAD Defendants deny that a joint venture agreement was formed and deny that they owed a contractual or fiduciary duty to Plaintiffs.  The STAD Defendants aver that in 2008, in response to a request for offers from PG&E, STAD and MMR submitted a bid on behalf of themselves and a third party, to negotiate a Power Purchase Agreement ("PPA") for the development of a solar power plant located near Blythe, California (the "PG&E Blythe Project"), on land controlled by STAD.  The STAD Defendants further aver that PG&E later selected the bid submitted by STAD, MMR and the third party for its "short list," but that the parties never finalized the terms of the PPA and no PPA was signed.  The STAD Defendants aver that STAD and MMR were unable to agree to material terms on any joint venture relationship, including how to jointly work on the PG&E Blythe Project and no oral or written joint venture agreement was ever reached.

     3.    <u>Legal Issues</u>.

The key legal issue is whether the STAD Defendants and MMR formed a joint venture to develop the PG&E Blythe Project.

     4.    <u>Motions</u>.

STAD Defendants presently intend to file a motion to dismiss if this case does not settle.

///

///

JOINT CMC STATEMENT

5. <u>Amendment of Pleadings</u>.

Plaintiffs recently amended their complaint to clarify their causes of action and join additional defendants.  At this time, the parties do not anticipate that further amendment of pleadings will be necessary.

6. <u>Evidence Preservation</u>.

The parties have implemented appropriate steps to preserve evidence, including electronic evidence.

7. <u>Disclosures</u>.

The parties have not made initial disclosures and will set a date for exchanging initial disclosures if the case does not settle.

8. <u>Discovery</u>.

No discovery has occurred.  Extensive written discovery and depositions would be required if this case does not settle, but the parties wish to defer these costs to the extent possible while settlement discussions continue.  The parties will negotiate a discovery plan if the case does not settle.

9. <u>Class Actions</u>.

This lawsuit does not involve a class action.

10. <u>Related Cases</u>.

An insolvency proceeding with respect to Solar Millennium AG is pending in the Germany Fourth District Court.  There are no other related cases.

11. <u>Relief</u>.

The relief requested in the First Amended Complaint includes the following remedies:

- Compensatory damages;
- An accounting;
- A temporary restraining order, preliminary injunction, and permanent injunction that enjoins the Solar Defendants from continuing to pursue opportunities on the Blythe Project and other projects;
- Restitution of the profit;

- 4 -

1    •    Exemplary damages;

2    •    Declaratory relief; and

3    •    Interest.

4      The STAD Defendants aver that, even if liability is established, the Plaintiffs will not be

5   able to establish that they have suffered any damages as a result of the conduct alleged because,

6   among other reasons, no agreement was ever reached with PG&E to develop the Blythe property.

7      12.    Settlement and ADR.

8      The parties have been engaged in extensive settlement discussions, which discussions

9   have continued despite Solar Millennium AG's insolvency proceeding.  No attempt at formal

10  ADR has been made.

11     13.    Consent to Magistrate Judge For All Purposes.

12     The parties do not consent to have a magistrate judge conduct all further proceedings.

13     14.    Other References.

14     The parties do not believe reference to binding arbitration, a special master or the Judicial

15  Panel on Multidistrict Litigation would be appropriate.

16     15.    Narrowing of Issues.

17     At this time, the parties do not contemplate any issues appropriate for stipulated facts or

18  bifurcation, but this may change as discovery proceeds.

19     16.    Expedited Trial Procedure.

20     The parties do not believe this lawsuit is appropriate for resolution under the Expedited

21  Trial Procedure of General Order No. 64.

22     17.    Scheduling.

23     As discussed above, the parties respectfully request that the Court set another case

24  management conference in approximately 60 days for the purpose of setting a trial date if a

25  settlement is not reached by that time, and that the parties file a supplemental case management

26  conference statement setting forth proposed scheduling dates in advance of such case

27  management conference.

28  ///

JOINT CMC STATEMENT

1        18.     Trial.

2        Plaintiffs have demanded a jury trial.

3        19.     Disclosure of Non-Party Interested Entities or Persons.

4        On February 4, 2011, the parties filed separate Corporate Disclosure Statements in

5   compliance with FRCP 7.1.  Dkt. Nos. 54 - 55.  [The STAD Defendants filed a revised corporate

6   disclosure statement today.]   The substance of the operative disclosure statements is set forth

7   below.

8        *Plaintiffs*

9        MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC

10  are 100% privately owned entities.  MMR Group, Inc. has no parent corporations.  MMR Power

11  Solutions, LLC is a wholly owned subsidiary of MMR Group, Inc.  Southwestern Power Group

12  II, LLC is a wholly owned subsidiary of MMR Group, Inc.

13       *Solar Millennium, LLC n/k/a STA Development, LLC*

14       Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16, Defendant STA

15  Development, LLC states that it is a wholly owned subsidiary of Solar Trust of America, LLC.

16  Solar Trust of America LLC is owned 70% by Solar Millennium Inc., a wholly owned subsidiary

17  of Solar Millennium Capital GmbH, which is a wholly owned subsidiary of Solar Millennium AG

18  ("SMAG"), and 30% by Ferrostaal Incorporated, which (through several indirect or direct wholly

19  owned subsidiaries of Ferrostaal AG) is an indirect wholly owned subsidiary of Ferrostaal AG.

20       Defendants Palo Verde Solar I, LLC,  Palo Verde Solar II, LLC, Blythe Solar Power

21  Project Unit 1, LLC,  Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3,

22  LLC, and Blythe Solar Power Project Unit 4, LLC are wholly owned subsidiaries of either

23  Defendant STA Development, LLC or Solar Millennium, Inc.  Defendant CA I-10 Solar, LLC is

24  75% owned by SMUSA2 GmbH (a direct or indirect subsidiary of Solar Millennium AG) and

25  25% owned by STA Development, LLC.

26  ///

27  ///

28  ///

1    20.    <u>Such Other Matters as May Facilitate the Just, Speedy and Inexpensive</u>

2    <u>Disposition of this Matter</u>.

3    As discussed above, the parties believe that by setting an additional case management

4    conference in approximately 60 days before setting a trial date or opening up discovery, the

5    parties may avoid unnecessary litigation costs by focusing on settlement discussions.

6    ///

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

JOINT CMC STATEMENT

1     Wherefore, the parties respectfully request that the Court enter an order consistent with
2  this joint case management statement.

3

4  Dated: January 20, 2012                    **MILBANK, TWEED, HADLEY & McCLOY LLP**

5
                                             By: /s/ Aaron Renenger
6                                                 Jerry L. Marks (SBN 135395)
                                                  Aaron Renenger (SBN 222675)
7                                                 601 S. Figueroa Street, 30th Floor
                                                  Los Angeles, California 90017
8                                                 Telephone: (213) 892-4000
                                                  Facsimile: (213) 629-5063
9
10                                                David R. Gelfand (*admitted pro hac vice*)
                                                  Rachel Penski Fissell (*admitted pro hac vice*)
11                                                1 Chase Manhattan Plaza
                                                  New York, NY 10005
12                                                Telephone: (212) 530-5000
                                                  Facsimile: (212) 822-5661
13
14                                           *Attorneys for Defendants STA Development, LLC,*
                                             *Solar Trust of America, LLC, Solar Millennium, Inc.,*
15                                           *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
                                             *Palo Verde Solar II, LLC, Blythe Solar Power Project*
16                                           *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
                                             *Blythe Solar Power Project Unit 3, LLC and Blythe Solar*
17                                           *Power Project Unit 4, LLC*

18  Dated: January 20, 2012                    **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**
19
                                             By: /s/ Nicholas A. Merrell
20                                                Bennett J. Lee (CA Bar No. 230482)
                                                  Nicholas A. Merrell (CA Bar No. 240795)
21                                                Regina A. Verducci (CA Bar No. 264996)
                                                  333 Bush Street, Suite 1500
22                                                San Francisco, CA 94104
                                                  Telephone: 415-623-7000
23                                                Facsimile: 415-623-7001
24
25                                           *Attorneys for Plaintiffs MMR Group, Inc., MMR Power*
                                             *Solutions, LLC and Southwestern Power Group II, LLC*
26

27     IT IS SO ORDERED that the CMC is reset from 1/27/12 to 3/30/12 at 9:00 a.m.  An updated
   joint CMC statement shall be filed by 3/23/12.
28

- 8 -