| | |
|---|---|
| 1 | Jerry L. Marks (SBN 135395) |
| | Email: jmarks@milbank.com |
| 2 | Aaron Renenger (SBN 222675) |
| 3 | Email: arenenger@milbank.com |
| | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 4 | 601 S. Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| 5 | Telephone: (213) 892-4000 |
| 6 | Facsimile: (213) 629-5063 |
| 7 | David R. Gelfand (*admitted pro hac vice*) |
| | Email: dgelfand@milbank.com |
| 8 | Rachel Penski Fissell (*admitted pro hac vice*) |
| | Email: rfissell@milbank.com |
| 9 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 10 | 1 Chase Manhattan Plaza |
| | New York, NY 10005 |
| 11 | Telephone: (212) 530-5000 |
| | Facsimile: (212) 822-5661 |
| 12 | *Attorneys for Defendants STA Development, LLC,* |
| 13 | *Solar Trust of America, LLC, Solar Millennium, Inc.,* |
| | *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,* |
| 14 | *Palo Verde Solar II, LLC, Blythe Solar Power Project* |
| | *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,* |
| 15 | *Blythe Solar Power Project Unit 3, LLC and* |
| | *Blythe Solar Power Project Unit 4, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, Plaintiffs, vs. STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC Defendants. | Case No. 3:11-cv-01521-EMC **TENTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER** **The Honorable Judge Edward M. Chen** |

1   Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
2   SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA
3   DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,
4   CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,
5   BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT
6   UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR
7   POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") respectfully request
8   that the Court extend the time for the STAD Defendants to respond to the Amended Complaint,
9   filed on October 4, 2011 (ECF No. 102) and served on the STAD Defendants on October 7, 2011,
10  by two weeks from February 21, 2012 to March 6, 2012.

On November 4th and 14th, the parties requested, and this Court later granted, a one-week extension of time for the STAD Defendants to respond to the Amended Complaint because the parties were in advanced stages of settlement discussions. On November 22nd, December 1st, December 27th, January 10th, January 20th, and February 3rd, the parties requested, and this Court later granted, extensions of two weeks due to continued progress in settlement negotiations.

In December 2011, Solar Millennium AG – parent company of the STAD Defendants – filed for bankruptcy in Germany. This has complicated the extensive settlement discussions between Plaintiffs and STAD Defendants, which involve a deal with a third-party purchaser of STA Development, LLC's assets. Despite these complications, the parties remain optimistic that a settlement is on the horizon and that they will execute a settlement agreement forthwith. Due to the continued progress in reaching a settlement, the parties request a two-week extension of the time for the STAD Defendants to respond to the Amended Complaint. The parties' request will have a *de minimis,* if any, impact on the schedule. In the interests of judicial economy, the parties therefore request that the Court extend the STAD Defendants' time to respond to the Amended Complaint by two weeks from February 21, 2012 to March 6, 2012.

| | |
|---|---|
| Dated: February 21, 2012 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |

By: /s/ Aaron Renenger
    Jerry L. Marks (SBN 135395)
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

    David R. Gelfand (*admitted pro hac vice*)
    Rachel Penski Fissell (*admitted pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: February 21, 2012     **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
    Bennett J. Lee (CA Bar No. 230482)
    Nicholas A. Merrell (CA Bar No. 240795)
    Regina A. Verducci (CA Bar No. 264996)
    333 Bush Street, Suite 1500
    San Francisco, CA 94104
    Telephone: 415-623-7000
    Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/21/12     _____
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

- 3 -

TENTH STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT AND [PROPOSED] ORDER