Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice)*
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661
*Attorneys for Defendants STA Development, LLC,
Solar Trust of America, LLC, Solar Millennium, Inc.,
CA I-10 Solar, LLC, Palo Verde Solar I, LLC,
Palo Verde Solar II, LLC, Blythe Solar Power Project
Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,
Blythe Solar Power Project Unit 3, LLC and
Blythe Solar Power Project Unit 4, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>             Plaintiffs,<br><br>     vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br>             Defendants. | Case No.  3:11-cv-01521-EMC<br><br>**JOINT STIPULATION TO STAY ACTION** ; ORDER RESETTING CMC<br>**The Honorable Judge Edward M. Chen** |

**JOINT STIPULATION TO STAY ACTION**

1

2

Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and

SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA

3

DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,

4

5

CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,

6

BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT

7

UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR

8

POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") submit the following:

9

**WHEREAS,** MMR and the STAD Defendants have executed an Agreement and Release

10

(the "Settlement Agreement") to settle and compromise all claims and disputes between them,

11

including those currently asserted in the above-captioned action (the "Litigation") subject to, *inter*

12

*alia*, payment and clearance of a settlement payment ("Settlement Payment");

13

14

**WHEREAS,** MMR and the STAD Defendants agree, pursuant to the Settlement

15

Agreement, that the Litigation should be stayed pending payment and clearance of the Settlement

16

Payment and execution of an ancillary agreement, after which the parties intend to file a joint

17

stipulation to dismiss the Litigation with prejudice (the "Joint Stipulation to Dismiss"); and

18

**WHEREAS,** pursuant to the Settlement Agreement, if a party defaults under the

19

20

Settlement Agreement the non-defaulting party may seek relief from the Stay;

21

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that

22

the Litigation be stayed until (i) the Joint Stipulation to Dismiss is filed with the Court or (ii) a

23

non-defaulting party seeks relief from the Stay because of a default of the other party under the

24

Settlement Agreement.

25

26

27

28

- 2 -

**JOINT STIPULATION TO STAY ACTION**

1  Dated: March 12, 2012

**MILBANK, TWEED, HADLEY & McCLOY LLP**

2

3  By: /s/ Aaron Renenger
Jerry L. Marks (SBN 135395)
Aaron Renenger (SBN 222675)

4  601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

5  Telephone: (213) 892-4000
Facsimile: (213) 629-5063

6

7  David R. Gelfand (*admitted pro hac vice*)
Rachel Penski Fissell (*admitted pro hac vice*)

8  1 Chase Manhattan Plaza
New York, NY 10005

9  Telephone: (212) 530-5000
Facsimile: (212) 822-5661

10

11  *Attorneys for Defendants STA Development, LLC,*
*Solar Trust of America, LLC, Solar Millennium, Inc.,*

12  *CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
*Palo Verde Solar II, LLC, Blythe Solar Power Project*

13  *Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
*Blythe Solar Power Project Unit 3, LLC and Blythe Solar*

14  *Power Project Unit 4, LLC*

15  Dated: March 12, 2012

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

16

17  By: /s/ Nicholas A. Merrell
Bennett J. Lee (CA Bar No. 230482)

18  Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)

19  333 Bush Street, Suite 1500
San Francisco, CA 94104

20  Telephone: 415-623-7000
Facsimile: 415-623-7001

21

22  *Attorneys for Plaintiffs MMR Group, Inc., MMR Power*
*Solutions, LLC and Southwestern Power Group II, LLC*

23

PURSUANT TO STIPULATION, IT IS SO ORDERED. The 4/3/12 CMC is reset for 8/31/12

24  at 9:00 a.m.

25  Dated: _____3/13/12_____  _____
UNITED STATES DISTRICT JUDGE

26

27

28

- 3 -

**JOINT STIPULATION TO STAY ACTION**