Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC,
Solar Trust of America, LLC, Solar Millennium, Inc.,
CA I-10 Solar, LLC, Palo Verde Solar I, LLC,
Palo Verde Solar II, LLC, Blythe Solar Power Project
Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,
Blythe Solar Power Project Unit 3, LLC and
Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, <br> Plaintiffs, <br><br> vs. <br><br> STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC <br> Defendants. | Case No. 3:11-cv-01521-EMC <br><br> **JOINT STIPULATION TO STAY ACTION** ; ORDER RESETTING CMC <br> **The Honorable Judge Edward M. Chen** |

**JOINT STIPULATION TO STAY ACTION**

1  Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and
2  SOUTHWESTERN POWER GROUP II, LLC (collectively, "MMR") and Defendants STA
3  DEVELOPMENT, LLC, SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC.,
4  CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC,
5  BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT
6  UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR
7  POWER PROJECT UNIT 4, LLC (collectively, the "STAD Defendants") submit the following:

**WHEREAS,** MMR and the STAD Defendants have executed an Agreement and Release (the "Settlement Agreement") to settle and compromise all claims and disputes between them, including those currently asserted in the above-captioned action (the "Litigation") subject to, *inter alia*, payment and clearance of a settlement payment ("Settlement Payment");

**WHEREAS,** MMR and the STAD Defendants agree, pursuant to the Settlement Agreement, that the Litigation should be stayed pending payment and clearance of the Settlement Payment and execution of an ancillary agreement, after which the parties intend to file a joint stipulation to dismiss the Litigation with prejudice (the "Joint Stipulation to Dismiss"); and

**WHEREAS,** pursuant to the Settlement Agreement, if a party defaults under the Settlement Agreement the non-defaulting party may seek relief from the Stay;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that the Litigation be stayed until (i) the Joint Stipulation to Dismiss is filed with the Court or (ii) a non-defaulting party seeks relief from the Stay because of a default of the other party under the Settlement Agreement.

1 | Dated: March 12, 2012 | **MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Aaron Renenger
    Jerry L. Marks (SBN 135395)
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

    David R. Gelfand (*admitted pro hac vice*)
    Rachel Penski Fissell (*admitted pro hac vice*)
    1 Chase Manhattan Plaza
    New York, NY 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: March 12, 2012 | **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
    Bennett J. Lee (CA Bar No. 230482)
    Nicholas A. Merrell (CA Bar No. 240795)
    Regina A. Verducci (CA Bar No. 264996)
    333 Bush Street, Suite 1500
    San Francisco, CA 94104
    Telephone: 415-623-7000
    Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The 4/3/12 CMC is reset for 8/31/12 at 9:00 a.m.

Dated: __3/13/12__   _____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED, Judge Edward M. Chen]*

- 3 -

**JOINT STIPULATION TO STAY ACTION**