UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br><br>　　　　　Defendants. | Case No. 3:11-cv-01521-EMC<br><br>**STIPULATION REGARDING SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>**The Honorable Judge Edward M. Chen** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, subject to approval by the Court, Defendants STA Development, LLC, Solar Trust Of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC, and Blythe Solar Power Project Unit 4, LLC (the "Defendants") hereby substitute Michael R. Haven of K&L Gates LLP, California State Bar No. 208721, as their attorney of record in place of Milbank, Tweed, Hadley & McCloy LLP and the individual attorneys at Milbank, Tweed, Hadley & McCloy LLP who have appeared in this litigation.[1]

---

[1] The individual attorneys who have appeared in this action include David R. Gelfand, Jerry L. Marks, Aaron L. Renenger, Caitlin Hawks, and Rachel Penski Fissell.

STIPULATION REGARDING SUBSTITUTION OF COUNSEL

All pleadings, notices, orders, and other papers in the above-captioned matter should henceforth be served upon:

> Michael R. Haven
> K&L Gates LLP
> 630 Hansen Way
> Palo Alto, CA 94304
> mike.haven@klgates.com

STIPULATION REGARDING SUBSTITUTION OF COUNSEL

1 | Dated: May 8, 2012 | **K&L GATES LLP**

By: /s/ _____
    Michael R. Haven (SBN 208721)
    630 Hansen Way
    Palo Alto, California 94304
    Telephone: (650) 798-6772
    Facsimile: (650) 798-6701


**MILBANK, TWEED, HADLEY & McCLOY LLP**


By: /s/ _____
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

I consent to the above substitution:


By: *[signature: Ned Kleinschmidt]*
    Edward Kleinschmidt
    *President and Chief Operating Officer*, Solar Trust of America

    *Chief Restructuring Officer*, STA Development, LLC, Solar Trust Of America, LLC, CA I-10 Solar, LLC, Palo Verde Solar I, LLC, and Palo Verde Solar II, LLC


By: _____
    Werner Thonack
    *President, Treasurer and Secretary,* Solar Millennium, Inc., manager of Blythe Solar Power Project Unit 3, LLC, and Blythe Solar Power Project Unit 4, LLC

STIPULATION REGARDING SUBSTITUTION OF COUNSEL

By: _____
Edward Kleinschmidt
*Chief Restructuring Officer*, STA Development, LLC, manager of Blythe Solar Power Project Unit 1, LLC and Blythe Solar Power Project Unit 2

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____        _____
                                    UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| 1 | Dated: May 8, 2012 | **K&L GATES LLP** |
| 2 | | By: /s/ _____ |
| 3 | | Michael R. Haven (SBN 208721)<br>630 Hansen Way |
| 4 | | Palo Alto, California 94304<br>Telephone: (650) 798-6772 |
| 5 | | Facsimile: (650) 798-6701 |

Dated: May 8, 2012    **K&L GATES LLP**

By: /s/ _____
    Michael R. Haven (SBN 208721)
    630 Hansen Way
    Palo Alto, California 94304
    Telephone: (650) 798-6772
    Facsimile: (650) 798-6701

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ _____
    Aaron Renenger (SBN 222675)
    601 S. Figueroa Street, 30th Floor
    Los Angeles, California 90017
    Telephone: (213) 892-4000
    Facsimile: (213) 629-5063

I consent to the above substitution:

By: _____
    Edward Kleinschmidt
    *President and Chief Operating Officer*, Solar Trust of America

    *Chief Restructuring Officer*, STA Development, LLC, Solar Trust Of America, LLC, CA I-10 Solar, LLC, Palo Verde Solar I, LLC, and Palo Verde Solar II, LLC

By: /s/ _____
    Werner Thonack
    *President, Treasurer and Secretary*, Solar Millennium, Inc., manager of Blythe Solar Power Project Unit 3, LLC, and Blythe Solar Power Project Unit 4, LLC

By: _____
    Edward Kleinschmidt
    *Chief Restructuring Officer*, STA Development, LLC, manager of Blythe Solar Power Project Unit 1, LLC and Blythe Solar Power Project Unit 2

The substitution of attorney is hereby approved and so ORDERED.

Dated: _____    _____
    UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION REGARDING SUBSTITUTION OF COUNSEL