Aaron Renenger (SBN 222675)
Email: arenenger@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

David R. Gelfand (*admitted pro hac vice*)
Email: dgelfand@milbank.com
Rachel Penski Fissell (*admitted pro hac vice*)
Email: rfissell@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5661

*Attorneys for Defendants STA Development, LLC,*
*Solar Trust of America, LLC, Solar Millennium, Inc.,*
*CA I-10 Solar, LLC, Palo Verde Solar I, LLC,*
*Palo Verde Solar II, LLC, Blythe Solar Power Project*
*Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC,*
*Blythe Solar Power Project Unit 3, LLC and*
*Blythe Solar Power Project Unit 4, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, Plaintiffs, vs. STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC Defendants. | Case No. 3:11-cv-01521-EMC **DECLARATION OF AARON RENENGER IN SUPPORT OF STIPULATION REGARDING SUBSTITUTION OF COUNSEL** **Hon. Edward M. Chen** |

I, Aaron Renenger, hereby declare under penalty of perjury:

1. I am an attorney duly licensed to practice law in the State of California and am one of the attorneys at Milbank, Tweed, Hadley & McCloy, LLP acting as counsel for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC, and Blythe Solar Power Project Unit 4, LLC (collectively, the "STA Defendants"). I am familiar with all prior proceedings in this matter. I submit this declaration in support of the Stipulation Regarding Substitution of Counsel (the "Stipulation").

2. I am the ECF user whose ID and password are being used to file the Stipulation.

3. In compliance with General Order No. 45, paragraph X.B., I hereby attest that Michael R. Haven of K&L Gates LLP has concurred in the filing of the Stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of May, 2012, in Washington, D.C.

/s/
Aaron Renenger