Rodi Frank Rispone (CA Bar No. 169062)
Attorney at Law
15961 Airline highway
Baton Rouge, LA 70817
Tel.:  225-756-5090
Fax:  225-753-7012
Email: rrispone@mmrgrp.com


Bennett J. Lee (CA Bar No. 230482)
Nicholas A. Merrell (CA Bar No. 240795)
Regina A. Verducci (CA Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, CA 94104
Tel:  415-623-7000
Fax:  415-623-7001
Email:  blee@wthf.com; nmerrell@wthf.com; rveducc@wthf.com

Attorneys for Plaintiffs
MMR GROUP, INC.,
MMR POWER SOLUTIONS, LLC and SOUTHWESTERN
POWER GROUP II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MMR GROUP, INC.,<br>MMR POWER SOLUTIONS, LLC and<br>SOUTHWESTERN POWER GROUP II, LLC,<br>    Plaintiffs,<br><br>    vs.<br><br>STA DEVELOPMENT, LLC (F/K/A SOLAR MILLENNIUM, LLC), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM AG, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC<br>    Defendants | Case No.  3:11-cv-01521-EMC<br><br>**STIPULATION OF DISMISSAL;** P~~ROPOSED~~ **ORDER**<br><br>**The Honorable Judge Edward M. Chen** |

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a global settlement agreement, Plaintiffs MMR GROUP, INC., MMR POWER SOLUTIONS, LLC and SOUTHWESTERN POWER GROUP II, LLC, and Defendants STA DEVELOPMENT, LLC ("STAD"), SOLAR TRUST OF AMERICA, LLC, SOLAR MILLENNIUM, INC., CA I-10 SOLAR, LLC, PALO VERDE SOLAR I, LLC, PALO VERDE SOLAR II, LLC, BLYTHE SOLAR POWER PROJECT UNIT 1, LLC, BLYTHE SOLAR POWER PROJECT UNIT 2, LLC, BLYTHE SOLAR POWER PROJECT UNIT 3, LLC AND BLYTHE SOLAR POWER PROJECT UNIT 4, LLC, hereby stipulate to the dismissal of this entire action with prejudice, each party to bear its own costs and fees, and respectfully request that the court dismiss the action accordingly.

Dated: June 6, 2012

**K&L Gates LLP**

By: /s/ Michael R. Haven
   Michael R. Haven (SBN 208721)
   630 Hansen Way
   Palo Alto, California 94304
   Telephone: (650) 798-6700
   Facsimile: (650) 798-6701

*Attorneys for Defendants STA Development, LLC, Solar Trust of America, LLC, Solar Millennium, Inc., CA I-10 Solar, LLC, Palo Verde Solar I, LLC, Palo Verde Solar II, LLC, Blythe Solar Power Project Unit 1, LLC, Blythe Solar Power Project Unit 2, LLC, Blythe Solar Power Project Unit 3, LLC and Blythe Solar Power Project Unit 4, LLC*

Dated: June 6, 2012

**WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By: /s/ Nicholas A. Merrell
   Bennett J. Lee (CA Bar No. 230482)
   Nicholas A. Merrell (CA Bar No. 240795)
   333 Bush Street, Suite 1500
   San Francisco, CA 94104
   Telephone: 415-623-7000
   Facsimile: 415-623-7001

*Attorneys for Plaintiffs MMR Group, Inc., MMR Power Solutions, LLC and Southwestern Power Group II, LLC*

**[PROPOSED] ORDER**

For good cause shown and pursuant to the parties' stipulation, IT IS HEREBY ORDERED:

Plaintiff's First Amended Complaint is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: June 11, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*